USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                      :

UNITED STATES OF AMERICA,        :

                                                      :

                     -v-                   :                      1:22-cr-421-GHW

                                                      :

TYRONE HANLEY.                       :                      <u>ORDER</u>

                                                      :

                                 Defendant.  :

                                                      :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, THOMAS JOHN WRIGHT, Assistant United States Attorney, of counsel, and with the consent of TYRONE HANLEY, by and through his attorney, LAWRENCE GERSCHWER, it is hereby ORDERED that the arraignment and initial conference in this matter is scheduled for August 18, 2022 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such continuance would deny the reasonable time necessary for effective preparation. Accordingly, it is further ORDERED that the time from the date of this order through August 18, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

       SO ORDERED.

Dated: August 12, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge