```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,    :

                             -v-                :          1:22-cr-421-GHW

TYRONE HANLEY,    :          ORDER

                Defendant.    :

------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, THOMAS JOHN WRIGHT, Assistant United States Attorney, of counsel, and TYRONE HANLEY, by and through his attorney, LAWRENCE GERSCHWER, it is hereby ORDERED that the status conference in this matter scheduled for November 18, 2022 is adjourned to January 17, 2023 at 4:00 p.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through January 17, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

SO ORDERED.

Dated: November 18, 2022
         New York, New York

                                                                      GREGORY H. WOODS
                                                                United States District Judge