```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                -v-                                           :
                                                              :
                                                              :
    TYRONE HANLEY,                                            :
                                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023

1:22-cr-421-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The status conference scheduled in this matter for January 17, 2023 at 4:00 p.m. will instead take place at 1:00 p.m., on the same day, in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 13, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge