USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                  :

UNITED STATES OF AMERICA,            :

                                                                  :

                -v-                    :                 1:22-cr-421-GHW

                                                                  :

TYRONE HANLEY,                          :                  <u>ORDER</u>

                                                                  :

                                       Defendant.  :

                                                                    :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, THOMAS JOHN WRIGHT, Assistant United States Attorney, of counsel, and TYRONE HANLEY, by and through his attorney, LAWRENCE GERSCHWER, it is hereby ORDERED that the status conference in this matter scheduled for January 17, 2023 is adjourned to February 16, 2023 at 1:00 p.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter.  Accordingly, it is further ORDERED that the time from the date of this order through February 17, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

      SO ORDERED.

Dated:  November 17, 2022
            New York, New York

                                                                   _____
                                                                     GREGORY H. WOODS
                                                                   United States District Judge