```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                        -v-                                  :      1:22-cr-421-GHW
                                                             :
   TYRONE HANLEY,                                            :            ORDER
                                                             :
                          Defendant.                         :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023

GREGORY H. WOODS, United States District Judge:

On April 20, 2023, the Court ordered that any pretrial motions by Defendant (other than *Daubert* motions) must be filed no later than June 1, 2023. Dkt. No. 30. The Court scheduled a hearing date with respect to any such motions for July 20, 2023. *Id.*.

Defendant did not file any pretrial motions by the deadline established by the Court. No request was made to extend that deadline. The Court understands that there will be no such motions. As a result, there is no need for the hearing scheduled for July 20, 2023. That hearing is adjourned *sine die*. All other deadlines contained in the Court's April 20, 2023 order remain in full force and effect.

SO ORDERED.

Dated: July 11, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge