UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES,

             -v-

                                                        1:22-cr-421-GHW

    TYRONE HANLEY,                               ORDER

                             Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a hearing regarding this case on August 17, 2023 at 9:00 a.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      SO ORDERED.

Dated: August 15, 2023
       New York, New York

                                                                      GREGORY H. WOODS
                                                            United States District Judge