UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

         -v-

TYRONE HANLEY,

                            Defendant.

------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/13/2023
```

1:22-cr-421-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter for November 30, 2023, is adjourned to December 7, 2023, at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The defendant's sentencing submissions are due no later than November 24, 2023; the Government's sentencing submissions are due no later than November 30, 2023.

SO ORDERED.

Dated:  November 13, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge