**MEMORANDUM ENDORSED**

## LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

March 11, 2024

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/12/2024
```

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:    *United States v. Tyrone Hanley, 22-cr-421(GHW)*

Dear Judge Woods,

I represent Tyrone Hanley in the above-captioned matter. I write to request a 45-day adjournment of sentencing presently scheduled for March 25, 2024. This is the second such request. I emailed the government last week to obtain its position on this request but have not yet received a response.  I am requesting this adjournment because I am still in the process of obtaining reports related to sentencing. Specifically, a draft psychological assessment has been completed that would benefit from additional records that remain outstanding. As such, I respectfully request a 45-day adjournment of sentencing.

I thank the Court in advance for its consideration of this matter.

Application granted.  The sentencing hearing scheduled in this matter for March 25, 2024 is adjourned to May 21, 2024 at 10:00 a.m.  The defendant's sentencing submissions are due no later than May 7, 2024; the Government's sentencing submissions are due no later than May 14, 2024.

Sincerely,

Daniel McGuinness

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 44.

SO ORDERED.

Dated:  March 12, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge